UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MONTENEGRO, <br><br> Plaintiff, <br><br> v. <br><br> CVS PHARMACY, INC. et al., <br><br> Defendants. | Case No. 2:24-cv-01876-SB-BFM <br><br> ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

    Plaintiff filed its complaint against Defendants CVS Pharmacy, Inc., and CVS Health Corporation on March 7, 2024. On March 19, 2024, Plaintiff effectuated service on Defendants. *See* Dkt. Nos. 9–10. Defendants failed to timely respond, and Plaintiff has not sought entry of default against Defendants. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than April 24, 2024, why its claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before April 24, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: April 16, 2024

                                                Stanley Blumenfeld, Jr.
                                               United States District Judge