UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALAN MONTENEGRO et al.,

    Plaintiffs,

v.

RB HEALTH US LLC,

    Defendant.

Case No. 2:24-cv-01878-SB-BFM

FINAL JUDGMENT

      For the reasons stated in the separate order granting Defendant's motion to dismiss entered this day, Plaintiffs' claims are dismissed on the merits with prejudice.

      This is a final judgment.

Date: September 19, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1