UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MONTENEGRO et al., <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC. et al., <br><br> Defendants. | Case No. 2:24-cv-01876-SB-BFM <br><br><br> FINAL JUDGMENT |

  For the reasons stated in the separate order granting Defendants' motion to dismiss entered this day, Plaintiffs' claims are dismissed on the merits with prejudice.

  This is a final judgment.

Date: September 19, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge